UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOCAL 513 INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO; RICHARD DICKENS; LOCAL UNION 513 PENSION FUND; LOCAL UNION 513 HEALTH AND WELFARE FUND; LOCAL 513 SUPPLEMENTAL VACATION FUND; LOCAL UNION 513 ANNUITY FUND; LOCAL UNION 513 JOINT APPRENTICESHIP TRAINING FUND; and RICHARD H. DICKENS, Plaintiffs, v. LOANA CONTRACTORS and GCJ, INC., Defendants. | No. 4:06 CV 97 DDN |

**ORDER**

**IT IS HEREBY ORDERED** that the joint motions of the parties (Docs. 20 and 21) for an extension of time until July 30, 2006, in which to file their amendment of pleadings and Rule 26 disclosures are sustained.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 30, 2006.